¶ 63. As I disagree that Doss is entitled to proceed in the trial court on the issue of mental retardation, I must respectfully dissent in part. The affidavit submitted *Page 198 
from Dr. Merikangas concludes that neuropsychiatric evaluation is necessary. However, the State notes the numerous contradictions and inconsistencies between the version of Doss's life provided by Doss and his family and that provided in the 1988 University of Mississippi report upon which Dr. Merikangas relied in his affidavit. As noted by the majority and argued by the State, in 1988 Doss did not allege "a horrible, dangerous, traumatic experience" growing up in Chicago as he now alleges. While, the majority applies the correct legal authority, it reaches the wrong conclusion. The majority correctly states on the one hand that "the State raises numerous legitimate questions concerning Doss's claim." However, the majority's conclusion to grant Doss leave to proceed in the trial court on this issue is flawed. Therefore, I must respectfully dissent.